UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID PAUL SAVOIE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-799** |
| **GARDEN DOVE, JR., ET AL.** | **SECTION: D (2)** |

## ORDER AND REASONS

The Court, having considered Plaintiff David Paul Savoie's Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] and further having determined that the Magistrate Judge's findings are not clearly erroneous,[4] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff David Paul Savoie's *pro se* pleading liberally.[5]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims alleged in his Complaint[6] against Defendants Garden Dove, Jr., South Louisiana Medical ER, South Central Louisiana SCLHSA Terrebonne BHC, and Southeast Neuroscience Center are

---

[1] R. Doc. 4.
[2] R. Doc. 10.
[3] Objections were due June 13, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] 28 U.S.C. § 636(b)(1)(A).
[5] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[6] R. Doc. 4.

**DISMISSED, without prejudice,** for lack of subject-matter jurisdiction, for the sound reasons stated in the Magistrate Judge's Report and Recommendation of May 30, 2023.

New Orleans, Louisiana, June 22, 2023.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**